# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

August 15, 2022

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2022

**Via ECF**
Hon. Colleen McMahon, United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *G.A. obo R.A. v. NYC Dep't of Educ., et al.*, 21-cv-4551 (CM)

Dear Judge McMahon:

I represent the Plaintiffs in the above-referenced case and am writing concerning the parties' status update that was due on August 15, 2022. *See* ECF No. 29. I am requesting a *nunc pro tunc* extension of time to submit the status letter until Friday, August 19, 2022. This is the Plaintiffs' first request to extend this deadline.

Mr. Copatrick Thomas, the former attorney assigned to this matter, left the Corporation Counsel's office the week of July 5, 2022. *See* ECF No. 30. Substitute counsel appeared on July 14, 2022. *See* ECF No. 31. Our office attempted to reach Corporation Counsel's office to discuss the case and the status of the accounting that was due but not provided on July 15, 2022. This evening, Defendants' counsel responded by email and proposed an extension of time to submit this status letter to the Court until Friday, August 19, 2022. However, after receiving this email, I was unable to reach Defendants' counsel or a supervisor to discuss the contents of the joint letter. Thus, I presume Defendants consent to this request and would join in it.

I waited to file the letter in case Defendants were able to discuss the matter and the letter, which is why this request is being filed after midnight Plaintiffs rather than both parties. I apologize for the lateness of this request.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/

Elisa Hyman, Esq.
Counsel for Plaintiffs

OK - granted
*[signed]* Colleen McMahon
8/16/2022

cc: Kimberly Joyce, Counsel for Defendants

1115 BROADWAY, 12TH FL.
NEW YORK, NY 10010

42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010

WWW.SPECIALEDLAWYER.COM