# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 6, 2022

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022

*Via ECF*
Hon. Colleen McMahon, United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

*Extension granted.*
*/s/ Colleen McMahon*
*10/7/2022*

Re: *G.A. obo R.A. v. NYC Dep't of Educ., et al.*, 21-cv-4551 (CM)

Dear Judge McMahon:

I represent the Plaintiffs in the above-referenced case and am writing concerning the parties' status update that was today, October 6, 2022. *See* ECF No. 37. I am respectfully requesting an additional extension of time to submit a status on whether a non-party subpoena is needed to obtain records from Hawthorne Country Day School, as per the parties' last letter.

Unfortunately, due to the two intervening holidays since our last letter on September 22, 2022, Plaintiffs did not make as much progress as we had hoped to try to obtain the records. I have secured the necessary release from my client either way, and am hoping to confirm by early next week whether the records will be voluntarily produced or if a subpoena or court order will be required. Plaintiffs request permission to update the Court on or before October 17, 2022, as to the parties progress in obtaining the information to move the settlement forward.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s

Elisa Hyman, Esq.
Counsel for Plaintiffs

cc: Kimberly Joyce, Counsel for Defendants