THE LAW OFFICE OF
# ELISA HYMAN, P.C.

MEMO ENDORSED

January 4, 2023

*Via ECF*
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023

OK

Re: *G.A. obo R.A. v. NYC Dep't of Educ., et al.*, 21-cv-4551 (CM)

Dear Judge McMahon:

*/s/ Colleen McMahon 1/4/2023*

I represent the Plaintiffs in the above-referenced case and am writing with respect to an email I received this morning from Your Honor's courtroom deputy requesting that I correct the date in the letter that the parties filed on December 22, 2022 (ECF No. 47).

The parties propose submitting a status letter to the Court on *January 23, 2023*, and notwithstanding this small delay, our goal is to have a settlement in principle as to services by then, if not earlier.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,
/s

Elisa Hyman, Esq.
Counsel for Plaintiffs

cc: Kimberly Joyce, Counsel for Defendants