# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

MEMO ENDORSED

March 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/2024

OK

/s/ Colleen McMahon
3/19/2024

*Via ECF*
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *G.A. obo R.A. v. NYC Dep't of Educ., et al.*, 21-cv-4551 (CM)

Dear Judge McMahon:

I represent the Plaintiffs in the above-referenced case. I am writing jointly on behalf of all parties to request a short *nunc pro tunc* extension of time to provide the Court with a status update on settlement until Friday, March 22, 2024. The parties apologize for the lateness of this request but we are still actively working on settlement and will have more information to provide by this Friday.

Thank you for Your Honor's consideration of the request herein and for the Court's continued patience with the parties' pace of settlement.

Respectfully submitted,

*/s/ Elisa Hyman*

Elisa Hyman., Of Counsel
Counsel for Plaintiffs

cc: Simone Nicholson, Counsel for Defendants, via ECF