UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

G.A., et al.,

                         Plaintiffs,                  21-CV-4551 (CM)(SN)

           -against-                              **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On September 25, 2025, the Court held a conference to address the status of settlement discussions. The parties stated that they cannot proceed with further settlement discussions until they obtain certain records from a private school regarding services provided. Accordingly, by October 3, 2025, the parties shall either file a status letter confirming that the private school has produced the requested records or submit an application for a subpoena.

      The parties shall also file a further status update on settlement discussions by November 7, 2025.

**SO ORDERED.**

*[Signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:    September 25, 2025
               New York, New York