UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

G.A., et al.,

                                          **Plaintiffs,**

                    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                          **Defendants.**

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/18/2025 __

21-CV-4551 (CM)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On November 12, 2025, the Court endorsed the parties' request to provide a further status update on settlement discussions by December 7, 2025. To date, no status letter has been filed.

The parties are directed file a further status update by January 9, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 18, 2025
            New York, New York